IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: THOMAS JONES  :
: Case No. 3:21mc006
:
: JUDGE WALTER H. RICE
:

---

DECISION AND ENTRY DISMISSING CAPTIONED CAUSE FOR LACK OF FEDERAL SUBJECT MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(1); TERMINATION ENTRY

---

Given that the captioned cause seeks the Court's interpretation of Ohio Revised Code Section 4723.32 and the Ohio Administrative Code as it pertains to that Revised Code Section, a purely state issue is presented. Accordingly, there being neither a federal question nor diversity of citizenship apparent on the face of the Complaint, the captioned cause is ordered DISMISSED, without prejudice, subject to the strictures of Fed. R. Civ. P. 11.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 13, 2021

*Walter H. Rice* (signature)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Thomas Jones