IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re | : | Case No. 3:21-mc-6 |
| THOMAS J. JONES, | : | JUDGE WALTER H. RICE |
| | : | |

ENTRY OVERRULING AS MOOT MR. JONES MOTION REGARDING SUMMARY JUDGMENT AND THE REQUEST FOR PRODUCTION OF DOCUMENTS (DOC. #4); OVERRULING AS MOOT MOTION FOR WRIT OF MANDAMUS REQUESTING RELEASE FROM JAIL (DOC. #7)

Thomas J. Jones filed this case on August 13, 2021. Doc. #1. That very same day, the Court found that the Court lacked jurisdiction to consider any of his motions and closed the case. Doc. #2. Since then, Mr. Jones has filed two additional documents: one entitled "Entry and Order of Motion Regarding Summary Judgment and the Request for Production of Documents" (Doc. #4) and the other entitled as a "Motion – Writ of Mandamus Requesting Release from Jail" (Doc. #7).

Neither of these motions provide a basis by which the Court would have jurisdiction to consider either of his requests.[1]

Accordingly, Mr. Jones' Motion Regarding Summary Judgment and the Request for Production of Documents (Doc. #4) is OVERRULED AS MOOT and his Motion for Writ of Mandamus Requesting Release from Jail (Doc. #7) is OVERRULED AS MOOT.

Date: August 17, 2026

Walter H. Rice

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

[1] Although a petition for writ of mandamus is a recognizable claim in federal courts, Petitioner's filing appears to be a courtesy copy of a motion filed in the Common Pleas Court of Montgomery County, Ohio. For example: (1) the heading states that it is "in the Common Pleas Court of Montgomery County"; (2) the heading lists the address of the Montgomery County Common Pleas Court; (3) the Caption states case numbers associated with his state court proceedings; and (4) the motion is addressed to Judge Dennis Adkins who, until recently, was a Montgomery County Common Pleas Court Judge. Conversely, the filing includes no indication that it was intended to be filed in federal court. Therefore, the Court declines to interpret this filing as a petition for writ of mandamus filed in this Court.